01

02

03

04

05

06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 17-222
09          Plaintiff,                     )
                                           )
10      v.                                 )
                                           )   DETENTION ORDER
11  SUNG HONG,                             )
                                           )
12          Defendant.                     )
    _____   )

13

14  <u>Offense charged</u>:        Wire Fraud

15  <u>Date of Detention Hearing</u>:    June 6, 2017.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant was charged in 2007 with Wire Fraud under circumstances

22  substantially similar to those alleged by Complaint in the instant case, in which ultimately

millions of dollars in losses to victims are expected to be established. Defendant was sentenced in 2008 to 33 months of imprisonment and 3 years of supervised release, $925,834 restitution. The government alleges that defendant continued fraudulent activity while incarcerated and that the alleged offense conduct in the instant case began while defendant was on supervised release for the 2007 case. His wife (a co-defendant) has significant ties to South Korea, and the alleged offense involves large transfers of funds between South Korea and the United States. Defendant is not found to have any assets in his own name, while all financial accounts appear to be in the defendant's wife and mother's name. While all personal assets have been frozen that have been identified by the government, it is not certain that other assets are yet to be discovered.

2. Defendant poses a risk of nonappearance based on unverified income sources, potential access to unidentified or unexplained financial resources, unemployed or unverified/legitimate employment, and ties to Korea. Defendant poses a risk of danger based on the nature of the offense and criminal history, and allegations of threats made to an alleged victim.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

01    2.    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

02    3.    On order of the United States or on request of an attorney for the Government, the person

03          in charge of the corrections facility in which defendant is confined shall deliver the

04          defendant to a United States Marshal for the purpose of an appearance in connection with a

05          court proceeding; and

06    4.    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

07          the defendant, to the United States Marshal, and to the United State Probation Services

08          Officer.

09          DATED this 6th day of June, 2017.

11          Mary Alice Theiler
12          United States Magistrate Judge