Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR17-163TSZ |
| Plaintiff, | ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | |
| SUNG HONG, | |
| Defendant. | |

ORDER

Pursuant to the stipulation of the parties, docket no. 47, it is hereby ordered that Gregory Murphy may withdraw as counsel of record for the defendant Sung Hong in the above captioned case and that Peter Mazzone is substituted as counsel of record.

DATED this 27th day of July, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989