UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>SUNG HONG, et al.,<br><br>          Defendants. | CR17-163-TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant Sung Hong's motion for withdrawal and substitution of counsel, docket no. 57, is GRANTED.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 10th day of October, 2017.

                                                                  William M. McCool
                                                       Clerk

                                                       s/Karen Dews
                                                     Deputy Clerk

MINUTE ORDER - 1