The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNG HONG,<br>  aka LAURENCE HONG,<br>  aka LAWRENCE HONG,<br>and<br>HYUN JOO HONG,<br>  aka GRACE HONG,<br><br>    Defendants. | NO. CR17-163 TSZ<br><br>**PROTECTIVE ORDER** |

This matter comes before the Court on the Stipulated Motion, docket no. 72, for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially

U.S. v. Sung Hong and Grace Hong, CR17-163 TSZ
Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

as "Produced Subject to a Protective Order," may be produced to counsel for the defendants in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case and their staff, and to any investigators, expert witnesses, and other agents the attorneys of record retain in connection with this case. The attorneys of record, and their investigators, expert witnesses, and other agents may review Protected Material with the defendants. The defendants may inspect and review Protected Material, but shall not be allowed to possess, photograph, or record Protected Material or otherwise retain Protected Material or copies thereof.

IT IS FURTHER ORDERED that, although the defendants may inspect and review the Protected Material, defense counsel shall not provide Protected Material or copies thereof to any other person outside their law office, including the defendants or their family or associates, for those persons or the defendants to possess. Protected Material shall not be sent to the Federal Detention Center.

IT IS HEREBY FURTHER ORDERED that the defendants, defense counsel, and others to whom disclosure of the content of the Protected Material may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material or its contents, other than as necessary for the preparation of defenses at trial, at trial, and in subsequent appellate proceedings, if necessary.

IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any documents marked as Protected Material, the material shall be filed under seal with the Court.

Nothing in this Protective Order prohibits defense counsel from showing the Protected Material, or reviewing its contents, with the defendants or with others to whom disclosure may be necessary to assist with the preparation of the defense at trial, at trial, and in subsequent appellate proceedings, if necessary.

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

Nothing in this Protective Order prohibits defense counsel from disputing the designation of material as Protected Material and, if agreement cannot be reached between the parties, to seeking a determination by this Court.

At the conclusion of the case, the Protective Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

DATED this 8th day of February, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

 *s/ Justin W. Arnold*
JUSTIN W. ARNOLD
Assistant United States Attorney

U.S. v. Sung Hong and Grace Hong, CR17-163 TSZ
Protective Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970