# Exhibit F

(Rev. 01-31-2003)

FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                                     **Date:**  03/22/2007

**To:**  International Operations   **Attn:**  SSA Sharon Kuo, Asia Unit
                                                  Room 7373
         Seattle                    **Attn:**  SA Patrick J. Garry, Squad 4

**From:**  Legat Seoul
         **Contact:**  SA Christopher Kim, ▮▮▮▮▮▮▮

**Approved By:**  Maeng J. Sung

**Drafted By:**  Kim Christopher:ck

**Case ID #:**  ▮▮▮▮▮▮▮▮      (Pending)

**Title:**  SUNG HONG;
            aka LAWRENCE HONG;
            INVESTMENT FRAUD
            FBW, MF

**Synopsis:**  Legat Seoul lead covered.

**Enclosure:**  Enclosed for FBI-Seattle is one copy of records from
the Korean National Police Agency.

**Reference:**  ▮▮▮▮▮▮▮  Serial 81

**Details:**  FBI-Seattle requested Legat Seoul obtain court records,
evidence of any property or other assets located in Korea, and
criminal histories related to individuals mentioned above and other
individuals related to captioned investigation.  The Korean National
Police Agency (KNPA) at the request of the Legat Seoul investigated
and obtained the requested records.  On 03/21/07, Legat Seoul
received the requested records for KNPA and is enclosing these records
for FBI-Seattle.  Legat Seoul considers this lead covered.

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE

**Date:** 04/10/2007

**To:** Seattle

**From:** Seattle
Squad 4
**Contact:** SA Patrick J. Garry, 206-262-2260

**Approved By:** Seifert Christine A

**Drafted By:** Garry Patrick J:pjg

**Case ID #:** ▓▓▓▓▓▓.127 (Pending)

**Title:** SUNG HONG;
aka LAWRENCE HONG;
INVESTMENT FRAUD
FBW, MF

**Synopsis:** To document results of Language Services request to summarize Korean National Police Agency report.

**Enclosure(s):** Copy of FBI-Seattle Translation Analysis Center summary of Korean National Police Agency report.

**Details:** On January 10, 2007, the Seattle Division requested the assistance of the Legal Attache in Seoul, Korea to provide information regarding Sung Hong, a.k.a. Lawrence Hong. On March 28, 2007, Legat-Seoul provided an untranslated report from the Korean National Police Agency. On April 10, 2007, the FBI-Seattle Translation Analysis Center provided a detailed summary of the report.

The report contains details of a complaint against Sung Hong by an investor in Korea. The victim, S▓▓▓▓▓▓▓, lost approximately $100,000 in transfers to Sung Hong in early 2003.

100PJG02.EC
◆◆




*8931*

Classification:  ☐ Unclassified   ☒ Confidential   ☐ Secret   ☐ Top Secret



# LANGUAGE SERVICES REQUEST
## - FIELD OFFICE -

*Please complete one copy of this form for each request.*

**Field Offices:** *Submit this form and a copy of the material to be translated to your local Supervisory Foreign Language Program Coordinator (SFLPC) or your Foreign Language Coordinator if you do not have an SFLPC.*

*[Note: **FBIHQ** or Legats should use the **"Language Services Request – Headquarters"** form.]*

| | | | |
|---|---|---|---|
| Requestor: | Patrick J. Garry | Date: | 03/28/2007 |
| Telephone: | | Squad/Unit/Legat/etc.: | 4 |
| Case/File #: | | Case Title: | Sung Hong; aka Lawrence Hong; Investment Fraud |

Language   From:  Korean   Into:  English

---

☒ **TRANSLATION**

☐ Verbatim
☒ Summary
☐ Other: _____

☒ Document(s)   # of pages: 100
☐ Video   # of HH:MM: _____
☐ Audio
  ☐ Telephone   # of sessions: _____
  ☐ Microphone   # of HH:MM: _____
  ☐ Live monitoring
  ☐ Other: _____

Participants in the recording/document (if known): Sung Hong
_____
_____
_____
_____
_____
_____

Deadline:  Routine

---

☐ **INTERPRETATION**

Nature of assignment: _____
_____
_____
_____

Date: _____
Time: _____
Location: _____
Clearance required (e.g., TS-SCI, Secret, etc.): _____

Names and titles/ranks of FBI participants:
_____
_____
_____

Names and titles/ranks of other participants:
_____
_____
_____
_____

*NOTE: Talking points must be provided to interpreter at least 24 HOURS before assignment.*

---

Special Instructions/Information: (e.g., synopsis of case, handling caveats, etc.)  Original is enclosed. Please do not mark original document.  Please assign to Tae Kim as he is familiar with the case.  The documents contain a report by the Korean National Police Agency regarding Hong's activities in Korea.  Please provide a short summary of the contents.  Also, please identify any additional victims, loss amounts, etc.  Thank you for your assistance.

Rev. 04/24/2006

*Page 1*

South Korean National Police Agency's reply to the U.S. FBI's request concerning HONG Sung hoon


*Page 2*

The request was received by
               [PH], Inspector
               [PH], Sr. Inspector
                [PH], Superintendent
               [PH], Director of Foreign Affairs Division

*Page 3*

An Informal Order issued by Seoul Central District Court

Case:          Fraud
The Accused:   HONG Sung hoon (Korean National ID #). Runs an Investment Firm
               Address:
               Place of Birth:

The Principal
Penalty & Other
Measures

               The accused is ordered to pay the penalty of the amount equivalent to
               US$ 15,000.

               If the accused doesn't pay aforementioned amount, he will be sent to the
               "forced-labor workplace" and will remain there working until the amount is
               fully paid off (US$ 50 per day).

Prosecutor or the accused can petition for a formal hearing within 7 days upon receiving
this order.

Hong_027660

*Page 4*

The Charge

At Oakwood Hotel in Seoul on 01/06/2003 the accused approached the accuser, K███ ████ [PH] as a renowned hedge fund manger who manages Starbucks chairman's funds.

The accuser, K.███████, claimed that although the accused, who claimed to run an investment firm and had information on Trump Casino, a soon to be bankrupt American company, had neither the intention of returning the principal by the end of May of 2003 nor the capacity to realize the proceeds of over 10 times of the original investment, had swindled her to deliver the amount equivalent to US$100,000 over the period of two occasion, once on 01/14/2003 and once on 01/30/2003, US$50,000 respectively.

Hong_027661

*Page 5*

The first page of the Lawsuit Record

Case Number:
Case Name:          Fraud
Prosecutor:                        [PH]
The Accused:        HONG Sung hoon
Defense Attorney:                     [PH]


*Page 6*

Institution of a Lawsuit of Non-prosecution Case

Name:               HONG Sung hoon
Korean
National
ID #:
Occupation:   Runs an Investment Firm
Address:                          Kirkland, Washington, U.S.A.
Place of Birth:

Charged with: Fraud

Reason of
Institution:    Discovery of the accused's whereabouts


*Page 7*

The accused's whereabouts unknown
Arrest warrant issued
Requesting notification at the time of entry

Hong_027662

*Page 8*

HONG's case is forwarded to Seoul District Prosecutor's Office on 02/23/2004

*Page 9 & Page 10*

Table of Content of the Case Record

*Page 11*

## A Written Opinion

HONG Sung hoon
National ID #
Address
Place of Birth

1. There is no record of any criminal punishment or suspension of indictment.


1. Facts Constituting the Offense

The accused, whose whereabouts is unknown, told the accuser that he is managing not only I⬛⬛⬛⬛⬛'s (the amount equivalent to) US$ 100 million but also a part of Hannara [PH] party's funds.  He claimed that Microsoft Vice-Chairman and Starbucks Chairman are his clients and had about (the amount equivalent to) US$ 2 to 3 billion at his discretion.  He also claimed that he made enormous proceeds for his cousin P⬛⬛⬛⬛⬛ [PH] and K⬛⬛⬛⬛⬛ [PH].

[The rest of information is same as that of in page 4.]

*Page 12*

The accuser claims that she got to know the accused through her acquaintance K⬛⬛⬛ chul [PH] and L⬛⬛⬛⬛⬛ [PH].  They introduced the accused as a hedge fund manager from America.  The accuser claims that the accused told her that she could make enormous proceeds if she purchases a soon-to-be bankrupt Trump Casino's stocks now and sells them to the public later, and she believed him and delivered US$100,000.
Subsequently when the accused never handed her the "investment certificate", she claims that she confronted him on 06/04/2003, right before he was leaving for the U.S.  At that time she learned that the accused used her investment not in Trump Casino but on NASDAQ and S&P.  The accuser claims that since the accused returned to the U.S., he never answered her calls, never made any payment to her.

As a result of investigation, it is confirmed that the accused is residing abroad.  According to the Immigration Control record, [he] left for an Island adjacent to the U.S. on 11/04/2000.
Since any further investigation is impossible due to the accused's whereabouts is unclear, I, C⬛⬛⬛⬛⬛⬛⬛, inspector, request suspension of indictment until the accused is located.

Hong_027665

*Page 13*

Signed by Inspector C           [PH]

Hong_027666

*Page 14*

**Lawsuit**

The Accuser          K⬛⬛⬛⬛⬛ [PH]
The Accused          HONG Sung hoon [PH]

Date 10/02/2003
Case #:  19905

Person in Charge:  K⬛⬛⬛⬛ [PH]

*Page 15*

The contents of the Lawsuit

The accuser     K⬛⬛⬛⬛⬛ : [PH] (National ID #)
                (Address)
                (Phone number)

The accused     HONG Sung hoon [PH] (Date of Birth ⬛⬛ /1971)
                (Address ⬛⬛⬛⬛⬛ Sammamish, WA  98075)
                (Contact number while in Korea ⬛⬛⬛
                (Contact number for U.S. ⬛⬛⬛⬛
                Passport number ⬛⬛⬛⬛

For fraud

Fact of Complaint

I, the accuser, am working as an investment counselor.  The accused is a Korean holding the U.S. citizenship.  I am bringing a charge against the accused for fraud, please investigate the matter and punish him severely.

I, the accuser, were having a friendly meeting with K⬛⬛⬛⬛ [PH] and L⬛ [PH] when P⬛⬛⬛ [PH], the accused cousin, joined us with the accused (HONG Sung hoon).  K⬛⬛⬛ introduced the accused as a renowned hedge fund manager from America.

A few days later P⬛⬛⬛ called me at my office and told me that the accused wishes to see me on behalf of his American clients who want to invest in Korea.  So I set up a meeting and we met at the Oakwood Hotel in Seoul on 01/06/2003.

The accused explained that he uses a "dollar black market" in Daegu when I asked him how it is possible to take so many dollars out of the country. [The rest of information is the same as that of in page 4 & Page 11.]

The accused told me that he bought information about Trump Casino, a financially troubled company, for US$500,000 and that he could make the proceeds of at least 17 to 20 times of the principal if I make the investment.  I told him that I would be happy even with the proceeds of double or triple.  I had extra funds of (the amount equivalent to) US$100,000, which I could used until the end of May.  I handed him the half on 01/14 and the other half on 01/30.

I, the accuser, told him that I must have the principal back by the end of May and the accused replied that he could give it back to me by then, so I should not worry.  He told me not to worry repeatedly.

*Page 16*

When the end of May came, the accused not only did not return the principal, but also stopped answering my calls. Moreover he was planning on leaving for the U.S. on 06/04/2003 without acknowledging me. I caught him at P⬛⬛⬛⬛⬛ hospital (Dental Clinic) and was able to make him sign a promissory note before P⬛⬛⬛⬛ and K⬛⬛ ⬛⬛⬛⬛⬛ In the note the accused promised to make payments of US$40,000 in August, US$30,000 in September, and US$30,000 in October.

I, the accuser, have not received any communication from the accused, he didn't call me even when he was visiting Korea in July, nor returned my calls since he left the country in June. Moreover, I have not received any payment from the accused.

If the accused made investment of US$100,000 in Trump Casino, then he should have given me the statements associated with transferring the funds and the document associated with the investment, yet he has not given me neither. In addition to that he has default his payment obligation. Therefore, I conclude that he intentionally approached me to dazzle me into his swindling scheme. So please investigate this case and punish him severely.


Supporting Evidence

Promissory Note
Copy of Passport and Driver License

09/30/2003

Hong_027669

*Page 17*

Promissory Note

I, HONG Sung hoon, have received US$50,000 once on 01/04/2003 and once on 01/30/2003 from K. with intention of investing.

The period of investment was until 05/31/2003 and I promised that I would "preserve" and refund the principal by the end of the investment period.

Since I have not fulfill above obligation, I now (06/04/2003) promise that I will refund the principal by 10/30/2003.

If I don't refund the principal by 10/30/2003, then I will not object to whatever measure you would take upon me.


Signed by HONG Sung hoon

*Page 18*

Copy of HONG's U.S. Passport & Driver License

*Page 19 to Page 25*

The Accuser's Statement and her Driver License

Hong_027671

*Page 26*

Individual Exit and Entry Record of [Immigration Control]

Name: HONG Sung hoon          Sex: Male          DOB: ⬜ '1971
Nationality: Korean              Record Duration: 01/01/1960 to 10/10/2003

| Port | (E)ntry/ (D)eparture | Date | Passport # | From/ Destination | Purpose of Visit | Immigration Control Number |
|------|---------------------|------|-----------|------------------|------------------|---------------------------|
| Kimpo | E | 11/09/99 | | U.S. | | |
| Kimpo | E | 03/16/00 | | U.S. | | |
| Kimpo | D | 04/05/00 | | Japan | Visit | |
| Kimpo | D | 06/19/00 | | U.S. | Business | |
| Kimpo | E | 07/30/00 | | U.S. | | |
| Kimpo | E | 10/08/00 | | U.S. | Business | |
| Kimpo | D | 11/04/00 | | Isle near U.S. | Business | |

*Page 27 to Page 29*

Same as the Written Opinion (From Page 11 to Page 13)

*Page 30*

Table of Contents

*Page 31 and Page 32*

Arrest Warrant

*Page 33*

Facts Constituting the Offense

Same as the contents in page 11

*Page 34*

Request of putting HONG on the wanted list

*Page 35*

HONG Sung hoon's family census registration

Hong_027673

*Page 36*

Individual Exit and Entry Record of [Immigration Control]

Same as the contents in page 26.

Hong_027674

*Page 37*

Individual Exit and Entry Record of [Immigration Control]

Name: HONG Sung hoon          Sex: Male          DOB: ▓▓▓/1971
Nationality: Korean          Record Duration: 01/01/1987 to 03/01/2004

| Port | (E)ntry/ (D)eparture | Date | Passport # | From/ Destination | Purpose of Visit | Immigration Control Number |
|------|----------------------|------|-----------|-------------------|------------------|----------------------------|
| Kimpo | E | 10/22/92 | | U.S. | Visit | |
| Kimpo | D | 11/01/92 | | U.S. | | |
| Kimpo | D | 12/04/99 | | U.S. | Departure of OR | |

[TN:  OR is short for Overseas Resident]

Hong_027675

*Page 38*

Individual Exit and Entry Record of [Immigration Control]

Name:  HONG Sung hoon          Sex:  Male          DOB: ▮▮▮▮/1971
Nationality:  Korean            Record Duration:  01/01/1987 to 03/01/2004

| Port | (E)ntry/ (D)eparture | Date | Passport # | From/ Destination | Purpose of Visit | Immigration Control Number |
|------|---------------------|------|-----------|-------------------|------------------|----------------------------|
| Kimpo | E | 05/21/00 | ▮▮▮▮ | U.S. | Tour&Sightseeing | ▮▮▮▮▮ |

*Page 39 to Page 43*

Requesting Immigration Control Office to notify HONG's entry to the prosecutor's office

Hong_027677

*Page 44*

Interrogation with Suspect

Name:  HONG Sung hoon (Lawrence HONG) National ID#: ⬜⬜⬜⬜⬜

The interrogation is conducted by Prosecutor K⬜⬜⬜⬜ in the presence of an Assistant
Prosecutor H⬜⬜⬜⬜ [PH].

Q:  Tell me your name, age, date of birth, occupation, place of origin, and current address.

A:  My name is HONG Sung hoon.  My National ID # is ⬜⬜⬜⬜⬜ (33 years old).
I run an investment firm.
Business address is "26902 Street, City of Southeast, WA 98075
[The name of the business is] "HNH Group INC"
My home address is ⬜⬜⬜⬜⬜⬜, Kirkland, WA
Phone number is ⬜⬜⬜⬜⬜
The place of origin is ⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜
⬜⬜⬜

The prosecutor explained the charge brought against him and read him a right to refuse to
partake in this interrogation and the suspect agreed to answer truthfully.

*Page 45 to Page 53*

Q: Do you have any prior conviction?
A: No.

Q: What brought you to this office?
A:  I learned about the charge brought against me while I was visiting my in-laws in Korea, whom I visit three to four times a year, so I went to see an Attorney to seek advice and after talked with him, I decided to come to this office
Some times ago, when I came to visit my cousin in Korea, I met the accuser by chance. She trusted me with her funds for a "forward investment," and I made an investment for her but she suffered a loss.  I think she brought the charge against me for that reason.

Q: What are your [latest] education level and [professional] experience?
A: I majored Finance at the University of Washington.  I later worked for my parents' fund management firm for some times.  Then in 1999, I found "HNH Group INC" and I am running it since.

Q: What is your family like?
A: I have father H⸏            [PH] (64 years old, runs a fund management firm), mother K            [PH] (65 years old, housewife), wife K            [PH], and don't have any children yet.

Q: How much is your assets and what is your monthly income?
A: I have a house worth of (the amount equivalent to) US$250,000 as a fixed asset and have US$55,000 in my bank account in America.  I have debts of about US$2 million, and I have a monthly income of almost zero since my firm is operated at lose.

Q: Have you received any citation of merit or pension?
A: No.

Q: How about the military obligation?
A: I didn't have to serve since I immigrated to America with my family when I was nine years old.

Q: Have you ever joined any societal organization or political party/organization?
A: No.

Q: What is your religion?
A: I am a Christian.

Q: Do you have any alias or nickname?
A: My American name is Lawrence HONG.

Q: How is your health?
A: Pretty healthy.

Q: What is your nationality?
A: I posses American citizenship. My family immigrated to American when I was nine, and I grew up there since.

Q: A lawsuit was brought against you and an arrest warrant was issued, were you aware of these?
A: No.

Q: Do you know the accuser K_____ [PH] (Age of 30)
A: I met her by chance when I went to visit my cousin at her dental clinic, and I learn that she was working for Seoul Stock Exchange, *Jamsil* Branch.

Q: At that time what were you doing for a living?
A: I was investing in stocks in the U.S since 1997, and from January of 2002, I was dealing a forward trading.

Q: Have you ever received US$100,000 from the accuser K_____ [PH]?
A: Yes, I received total of US$100,000, over the period of two occasions.

Q: Did you receive them at the Oakwood Hotel on 01/14/2003?
A: Yes, although I can't remember the exact date, since I haven't kept the record, but I think it's correct.

Q: What was the money for?
A: She asked me to invest it in a forward market. She knew I was dealing a forward trading.

Q: Didn't you say the accuser worked for a stock exchange company?
A: Yes. She said she also deals a forward trading.

Q: How did she come about investing her money in a forward market through you?
A: After we met, we had an opportunity to get together to exchange information and thoughts on the Korean and the U.S. forward market. At that time I introduced to her the website I reference before I make my investment in the U.S. forward market. I even let her have my user id and the password for the site so that she can reference it for herself. After studying the market together for some times, we projected that the U.S. forward market index would decline in a near future thus, the accuser wanted to invest in the market now for a potential proceeds. But because of Korean law prohibiting an employee of a stock exchange company from involving in any trading, she asked me to invest it for her.

Q: What is forward trading?
A: It is to buying goods at the price which it was set at the time of signing a contract for future delivery.

Q: Did you actually made investment with that US$100,000?

A:  I made investment in the stock index futures, combined index of DOW, S&P, and NASDAQ.  With my own funds, I invested total of US$160,000 over the period of time.

Q:  Did the accuser know about that?
A:  Yes, of course.  I had a discussion with her over this.  We both projected that the stock price would go down as the war with Iraq was imminent.

[Omission]

Q:  What was the outcome?
A:  In contrast to our projection, the price of stock went up after the war, and we suffered a loss.  By early June of 2003, I lost US$160,000 completely.

Q:  How many investments did you made over that period?
A:  Three to four investments, as far as I can remember.

Q:  Did you talk with the accuser each time you were investing?
A:  Yes, of course.  Although our expectation fell short, general investors and the experts still anticipated that the stock price would fall, and we agreed.  Thus I continuously made investment with her consent.

Q:  Do you have any evidence that shows you made investment in the stock index futures?
A:  Yes.  I have my CPA in America to fax the relating documents to my hotel room in the Oakwood hotel.  And since they are written in English, I will bring them to you after translating them into Korean.

Q:  According to the accuser, you told her that you were a renowned hedge fund manager and L                    [PH], Hannara Party, Microsoft Vice-Chair, and Starbucks Chair are all your clients and (the amount equivalent to) US$2 to US$3 billion are under your discretion. And you had made enormous proceeds for P.                 , your cousin, and K                    You not only told her that you have information on Trump Casino which will soon file a bankruptcy, and if she invest in the company, she can make proceeds of anywhere between 17 and 22 times.  Also you pledged that you would return the principal back to her by the end of May of 2003.

[Omission]

Is that true?
A:  Yes I told the accuser that I was a fund manager and that a stock index future trading is carried out by hedge fund managers.  But I have never said anything about L or Hannara Pary, I don't even know who and what they are.  I did not say Microsoft Vice Chair and Starbucks Chair were my clients, but I did say they Microsoft and Starbucks are the biggest corporation in Washington State when she asked.  And I told her that I have seen them in person on the street once.  I've never mention anything about Trump Casino. All I talked to her was about "forward market."

Q:  Trump Casino, is there such company?

A:  Yes.  It is in the state of New Jersey, which is in the eastern part of the U.S.  I live in Washington State which is in the western part of the U.S.  It is sharing the border with Canada.  Not only it would have been impossible for me to learn about the company [due to a geographical location], I have never have been interested in the company.

Q:  Then how do you explain this promissory note?

A:  (After reviewing the note) The date on the note is the date I left for America.  On that day the accuser and her aunt came to the dental clinic where my cousin P⬛⬛⬛⬛⬛ worked so I talked with them for two to three hours.  Her aunt claimed that the accuser is poor and that she must have her money back.  When I told her that I don't have her money, she then shouted and grabbed me by the collar; she also begged me to return her money.  I tried to explain to her what had happened and told her I also suffered a loss, but without listened, she shouted, "You can't go anywhere until she gets her money back" while used her body as a barricade to stop me from getting into an elevator.  So that, although I had no obligation of returning her money, I wrote a statement, out of pity, in English on the bottom of the note as you see it.  However, I am not quite sure whether I wrote it on a blank sheet of paper or on this note.

Q:  Would you be able to attend a face-to-face questioning?

A:  Of course, since the accuser can attend on 12/22/2004 at 14:00 hour, I will be here.

*Page 54*

After reviewed his statement with his wife K            [PH], due to his somewhat limited understanding of Korean language, the accused hereby signed the statement confirming that the statement was consistent with all of his answers.


Finger print of HONG Lawrence and his wife K

Date 12/17/2004

Seoul Central District Court

Prosecutor's signature

*Page 55*

The document signed by HONG Lawrence is acknowledging that the interrogation was conducted under no duress or coercion and that the right of refusal to make statement was read to him.

*Page 56*

A copy of HONG's U.S. Passport

*Page 57*

This is HONG's hand written statement promising that he will return to the prosecutor's office for partake in a face-to-face questioning.

Date and HONG's signature in Korean

*Page 58*

This form is to request to remove HONG from the wanted list

Hong_027684

*Page 59 to Page 66*

Transcription of the face-to-face-questioning of HONG and K⬛⬛

[To HONG]

Q:  Did you make your statement truthfully last time?
A:  Yes.

[Then the prosecutor brought the accuser K⬛⬛⬛⬛ to the interrogation room.]

[To K⬛⬛]

Q:  Are you K⬛⬛⬛⬛, the accuser for this case?
A:  Yes.

Q:  Is that true that you delivered sum of US$100,000 over the period of two occasions as an investment funds for an American company called Trump Casino?
A:  Yes.
[Omission:  The rest of her answer is consistent with her earlier claim.]

Q:  Is there anyone who knows about you delivered that money to the accused?
A:  P⬛⬛⬛⬛⬛; [PH], L⬛⬛⬛⬛ [PH], and K⬛⬛⬛⬛ [PH] know about it. I later found out that the accused approached I⬛⬛ and K⬛⬛ the same way he approached me—offered to make investment.

Q:  Do you have their contact number?
A:  I⬛⬛ contact number is ⬛⬛⬛⬛⬛, and you could obtain K⬛⬛ from I⬛⬛

[The prosecutor made a phone call to L⬛⬛ and asked if K⬛⬛⬛ statement was true and L⬛⬛ confirmed K⬛⬛ claim.  L⬛⬛ said that the accused told her that he was also managing some of Korean celebrities' funds.  When the prosecutor asked if she could testify in the court, she replied positively.  Subsequently, when the prosecutor asked for K⬛⬛ phone number, L⬛⬛ told him that she would have K⬛⬛ call him.  After a short while, the prosecutor received a phone call from K⬛⬛.  And she also confirmed K⬛⬛⬛⬛ claim.  K⬛⬛ said that she was really interested in investing, but after consulted with other people, they advised her not to as it seemed most definitely a fraud.  K⬛⬛ also replied positively about testifying in the court and left her phone number, ⬛⬛⬛⬛⬛⬛, with the prosecutor before ending the call.]

[To KANG]

Q:  Did the accused guarantee the principal?
A:  Yes.  He said that the investment would not go bad and if somehow it goes bad, he said then he would bear the responsibility of returning the principal and the accused said the

same thing when K_____ asked him of this on June of 2003, the day that I have the accused signed the promissory note.

Q:  Is that true that the accused said he was managing L_____ and H____ Party's funds and the Microsoft Vice Chair and the Starbucks Chair are his clients?
A:  Yes.  My friend P._____ [PH] and P._____ heard that also.  And a few months later, when he showed up with Jaguar I asked him if he purchased the car, then he said "The party gave it to me," so I took it as Hannara Party has given it to him.

Q:  The accused claimed that he had discussions about forward market with you but had never mentioned about Trump Casino, is that true?
A:  He did explain to me about forward market and the [web] site he was referencing it with, and yes I did talk with him about the market trend.  However the amount I delivered to him was for investing in Trump Casino.  I did not know anything about Trump Casino.  The accused is a pack of lies.

[Then the Prosecutor turned to the accused.]

[To the accused]

Q:  Did you hear the conversation I had with L____ (L___ was heard on a speaker phone) and the one I had with K____
A:  Yes.

Q:  You claimed previously that you had no idea who "L_____" and what "H_____ Party" was, what do you say now?
A:  Do I have to answer it now?  (The prosecutor told him he had the right of silence, then) I won't answer it.

Q:  I ask you again, did you answer truthfully last time?
A:  Yes, I did.

[The prosecutor asked both the accuser and the accused.]

Q:  Did you answer truthfully?
A:  (Together) Yes.

Q:  Do you have anything else to add?
A:  (The accused) Please consider my statement as a reference.
A:  (The accuser) I knew N_____ [PH] through the accused, and he even told me that the accused is a swindler.  N____ said his friend, who also got swindled by him, did some research on HONG and found out that he was neither an owner nor an employee of an investment firm.  I would like to present N____ business card and the business card HONG gave to me when we first met.

[Signed by K_____ and HONG Lawrence]

***Page 67***

Same as Page 45

***Page 68***

A letter apprising the prosecutor of the accuser K.⬛⬛⬛ asking for a postponement of
attending a face-to-face questioning until 12/22/2004 due to a cancer treatment.
K⬛⬛⬛ claims that she got the cancer by enormous stress over this case.

***Page 69***

Statement of K⬛⬛⬛⬛⬛, HONG's wife

Attached documents are: wire transfer statements from Korean Exchange Bank and a copy
of Elliott Wave.com, the site [HONG] referenced, and a copy of ELOCAL LLC website.

Finger printed by K⬛⬛⬛⬛⬛⬛

*Page 70*

Customer Name:        [HONG Sung hoon]
Customer Number:
National/Business Number [
Statement Period      [01/01/2003 to 05/01/2003]
Print Date            [12/16/2004]

| Transaction # | Date | Currency | Amount | Int'l Balance | Recipient | Country | Receiver Bank | Transaction amt in $ | Status |
|---|---|---|---|---|---|---|---|---|---|

Hong_027688

*Page 71 and Page 72*

## Foreign Currency Deposit Statement

Customer Name:   [HONG Sung hoon]
Customer Number: [                    ]

National/Business Number [                    ]
Statement Period   [01/01/2003 to 06/30/2003]

Account Number:   [                    ]
Branch:           [Banpo Newcoa Branch (201) (02)534-6470]

Print Date        [12/15/2004]

Type of Deposit:  Foreign Currency Regular

| Trans. Date | Number | Trans Type | Branch | Branch# | Date of Reckoning | Cancel Date | Currency |
|---|---|---|---|---|---|---|---|

Paid Amt    Deposit Amt  Balance      Depositor  Remarks

Hong_027689

*Page 73*

A copy of Elliott Wave.com site

*Page 74*

Summary Translation of Elliott Wave.com

*Page 75*

A copy of ELOCAL LLC website

Hong_027690

*Page 76 to Page 81*

The accuser K             statement

[Found no new information]

Hong_027691

*Page 82*

The medical certification issued by the University of Chonnam Medical Center certifying that the accuser K⬛⬛⬛⬛⬛⬛⬛ suffered from an ovary cancer and underwent surgery on 03/31/2004 and underwent series of "anticancer treatments" from 06/17 to 06/19.

*Page 83 to Page 87*

HONG Lawrence's statement

[Found no new information]

Hong_027693

*Page 88*

Deposit Statement

1. 01/28/2003 Transferred US$55,584 to ELOCAL LLC (a forward trading company) (See Page 02)
2. 03/14/2003 Transferred US$30,000 (See Page 06)
3. 04/16/2003 Transferred US$20,000 (See Page 07)

Statement of profit and loss

Jan:    US$13,371 profit (See Page 03)

Feb:    US$43,895 profit (See Page 05)

Mar:    US$113,221.00 loss (See Page 08)

Apr:    US$1,375 loss (See Page 10)

May:    US$81,525.75 loss (See Page 12)

Jun:    US$21,599.40 loss (See Page 13)

I transferred the amount I received from K⬛⬛⬛⬛⬛ to H&H GROUP account on 01/27/2003 and 02/19/2003 and ELOCAL LLC on 01/28/2003, 03/14/2003, and 04/16/2003.

[Omission]

*Page 89 to Page 104*

Fax Coversheet and documents faxed from D⬛⬛⬛⬛⬛, CPA to HONG Lawrence

*Page 105 to Page 107*

P⬛⬛⬛⬛⬛   Statement


In December 2002, I was having a dinner with HONG Sung hoon when we met K⬛
⬛⬛⬛⬛ [the accuser]. She was with K⬛⬛⬛⬛⬛⬛ (Co-owner of the clinic I run since 25
years ago. He is currently running a business which he started in year 2000) and his
friends when they came and joined us.
A few days later HONG said that he wants to find a Korean fund manager for his Korean
clients, so I recommended to call K⬛⬛ and, with her permission, I gave her phone
number to him.
He told me that he had spoken to her on the phone and that they had been discussing about
forward and/or stock market.

I learned that she made investment through HONG in March when we became little bit
closer. She told me that she made a huge investment through HONG and asked me if I did,
too. I replied that I and K⬛⬛⬛⬛⬛ made investment as well.

I am not sure exactly when four of us (HONG, K⬛⬛⬛, P⬛⬛⬛ and K⬛ had dinner,
maybe it was in April. We talked about the forward market and its outlooks, and K⬛⬛⬛
checked the index on her cell phone, and the index was up and we were all depressed.

The situation became the worst in May and [we] suffered a big loss. But I couldn't say
anything to HONG because he told me that his loss was even bigger than the rest of us.

I was having a lunch with HONG when I received a call saying that K⬛⬛⬛ and her aunt
are waiting at the clinic, so that HONG, K⬛⬛, and I went up there and met them. They
demanded the principal immediately. They were both very upset. They wanted HONG's
written statement saying that he would pay back K⬛⬛⬛ loss by certain time. HONG
said it was impossible for him to pay her by that time, but he signed the statement so that
he would not miss his flight.

K⬛⬛⬛ tried to contact HONG numerous times but he never answered. So I called and
advised him to talk to K⬛⬛⬛ and try to explain his situation to her and ask for more time.
I even told him to worry about my and K⬛⬛⬛ [money] later, and to take care of K⬛
money first, but his answer was that there was nothing he could do.


[Omission]

*Page 108*

A form requesting to ban HONG from leaving the country

Hong_027697

*Page 109 to Page 111*

The letter requesting to drop the charge against HONG

*Page 112*

A form requesting to extend HONG's banning from leaving the country

*Page 113 to Page 117*

[Same as Page 70 to Page 74]

*Page 118*

A letter requesting to forward any mail, including Court Order, from Seoul Central District to HONG Sung hoon to below address

Originated by HONG's lawyer

*Page 119 to Page 120*

Letter certifying the exchange rate the time HONG received K.⬛⬛ money to determine the exact amount of money K⬛⬛ was victim of.

*Page 121*

A form with HONG's general information

*Page 122*

[Same as Page 4]

*Page 123*

Written Arraignment
Name :  HONG Sung hoon

Charge:  Fraud

Penalty:  (the amount equivalent to) US$15,000
        -----Request Deposit Order-----

*Page 124*

Delivery Notice of Court Order

Received by H＿＿＿＿＿＿＿＿, HONG's mother-in-law



**W S**
**Wayne**
**Seminoff**
**Company**

## FAX COVER SHEET

**THE CONTENTS OF THIS COVER SHEET AND THE DOCUMENTS TRANSMITTED WITH IT**

**ARE INTENDED ONLY FOR:** _Patrick Gang_

**RE:** _____

**DATE:** _4/6/06_

**FAX:** _____

**PAGES TO FOLLOW:** _8_

The information contained in this FAX cover sheet and the documents transmitted with it are privileged and confidential.

If you are not the intended recipient you are prohibited from disseminating, distributing or copying this FAX cover sheet and the documents transmitted herewith and must call the telephone number above to give notice that you have mistakenly received these documents and you must return them by mail to the above address. Thank you.

Hong_027700

[TRANSLATION]

Name: HONG Sung Hoon   (                    ) AKA      Sex: Male

Age: 33 (                 2971)      Residential Registration No.: ▒▒▒▒▒▒▒

Permanent Address: [blank]

Present Address: ▒▒▒▒▒▒▒▒▒▒▒▒▒ Kirkland, WA 98033, USA

　　　　　　　Home Phone: ▒▒▒▒▒▒▒   Work Phone: ▒▒▒▒▒▒▒

Occupation: Investment      Employer: H&H Group, Inc.

　　　　The above named person, who is a suspect, victim, witness, reference [or informant]), hereby declare in his own writing at his own will, as follows:


　　　　Around December, 2002, I came to know the Plaintiff K▒▒▒▒▒▒ through the introduction of my [female] cousin who was running a dental clinic at Apkujung-dong.   As she had been introduced me as a person who engaged in a line of work similar to mine, I met her personally a few days later.   Subsequently, I visited the Jamsil Branch Office of Seoul Securities where she was working and we browsed the forward transaction information site together in Oakwood Hotel room located at Samsung-dong where I was staying at the time.     As such, we shared a lot of things about the line of work we were similarly engaged in.   During our exchanges, we talked about our individual competency and confidence in performing our trade.   In the midst of the conversations, I overstated myself as being a man of profession much more capable than I actually am.   The greatest blunder I made was that I presented myself in a way that I had a personal on-going deal with the H▒▒▒▒ Party and Mr. H▒▒▒▒▒▒▒   I gave K▒▒▒▒▒▒ my ID and password for the forward transaction information site that I was subscribing to.   K▒▒▒ looked at the information with interest and said she would like to make an investment in the forward business in the United States.   So, with K▒▒▒▒▒ and a friend of hers, I even went to a trading office in Kangnam where the forward transactions were said to be made.   But for some reason I don't understand, we were not able to obtain an account and returned with empty hand.   Subsequently, she said she would give me money so that I may invest it in the U.S. forward business market on her behalf.


DECLARATION OF HONG SUNG HOON   1/1

Hong_027701



KIRKLAND WA 98033 USA

Hong_027702

[TRANSLATION]

DECLARATION

Name:                        HONG Sung Hoon
Residential Reg. No.:
Address:                                              Kirkland, WA
Tel:

The above named person is the Defendant in the case pending in your court, Cause No. 2004 C[Criminal] 19876, and declares as follows:

Around December, 2002, I met my [female] cousin P.            , who was running a dental clinic, and, while chatting with her, I came to join a dinner table with other people who were her acquaintances.   During the dinner, I came to know the Plaintiff K.            , whom those at the table introduced as a capable fund manager.   Engaged in the same line of trade (a fund manager), we then shared the information related to our work and had chats of various topics, getting acquainted with each other.

K            came to the Oak Hotel (located at Samsung-dong) where I was staying at the time, and we had times to drink coffee and dine together.   In the midst of these, she showed her interest in the U.S. forward transaction market and even came to my room to watch together the actual transactions shown on the Internet that were producing profits.   As for me, I visited at her invitation the Jamsil Branch Office of Seoul Securities K            was working, observing in person how he was doing her work.

DECLARATION OF HONG SUNG HOON (TYPE WRITTEN)   1/1

Hong_027703



Kirkland WA

1

Hong_027704

[TRANSLATION]

*Certificate of Seal Impression (Seal)

- A copy of Residential Registration Card

–Find out with the (Samsung Securities) about the possibility of foreign investments

- Declaration and translation and summary of Supporting materials

H▓▓▓▓▓▓▓        02) 830-1291

Prosecutor's Office    02) 530-4426
                       530-4427
                       536-5420

A certain amount
   5 million Won
   Overseas Operation Team of
   The company headquarters
      2020-8000
      721-7053

acct #

201-JSD-1005118
HONG Sung Hoon

acct #?   whos #

SEAL IMPRESSION, ETC.   1/1

Hong_027705

*Oakwood.*
**PREMIER**
**COEX CENTER**

*Oakwood.*
**PREMIER**
**COEX CENTER**

159 Samsung-Dong, Gangnam-Gu, Seoul 135-525, Korea
Tel. (82-2) 3466-7000 Fax. (82-2) 3466-7700
E-mail : seoul@oakwoodpremier.co.kr
www.oakwood.com

159 Samsung-Dong, Gangnam-Gu, Seoul 135-525, Korea
Tel. (82-2) 3466-7 000 Fax. (82-2) 3466-7700
E-mail : seoul@oakwoodpremier.co.kr
www.oakwood.com

*Oakwood.*
**PREMIER**
**COEX CENTER**

201 - JSD - 100 5/18

안녕하세요

159 Samsung-Dong, Gangnam-Gu, Seoul 135-525, Korea
Tel. (82-2) 3466-7000 Fax. (82-2) 3466-7700
E-mail : seoul@oakwoodpremier.co.kr
www.oakwood.com

[TRANSLATION]

TRANSLATION AND SUMMARY OF SUPPORTING MATERIALS

*Deposits in Forward Transaction Account

1.  Jan. 28, 2003 – Remitted $55,584 to ELOCAL LLC (Forward Transaction Company)   (Refer to Page 02)

2.  Mar. 14, 2003 – Remitted $30,000 (Refer to Page 06).

3.  Apr. 16, 2003 – Remitted $20,000 (Refer to Page 09).

*Profit and Loss

| January: | $13,371 | Profit (Refer to Page 03) |
|---|---|---|
| February: | $43,995 | Profit (Refer to Page 05) |
| March: | $113,221.50 | Loss (Refer to Page 08) |
| April: | $1,375 | Loss (Refer to Page 10) |
| May: | $81,525.85 | Loss (Refer to Page 12) |
| June: | $21,599.40 | Loss (Refer to Page 13) |

The fund received from K⬛⬛⬛⬛ was transferred to the H&H Group account through the Korea Exchange Bank on January 27 and February 19, 2003 and was then wired into the account of ELOCAL LLC (forward transaction company) over three times on January 28, March 14, and April 16 of the same year, respectively.

In January and February, a profit of about $13,000 and $43,000, respectively, was realized.   From the month of March on, however, with the outbreak of the Iraq War, the investment went astray and began to sustain losses.   By the end of May, all the principals, plus the profits gained in the months of January and February, were lost.

TRANSLATION AND SUMMARY OF SUPPORTING DOCUMENTS   1/1

Hong_027707



Hong_027708