UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SUNG HONG, aka LAURENCE HONG aka LAWRENCE HONG and HYUN JOO HONG, aka GRACE HONG,<br><br>                    Defendant. | Case No.  CR-17-163-TSZ<br><br>**DEFENDANT SUNG (LAWRENCE) HONG'S LETTER TO THE COURT**<br><br>Sentencing: October 11, 2018 at 9:30 a.m. |

Defendant Sung Hong, aka Lawrence Hong, respectfully submits the attached letter to the Court in support of his sentencing.

Respectfully submitted this 9th day of October, 2018.

CORR CRONIN LLP

*s/ C. James Frush*
C. James Frush, WSBA No. 7092
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051
jfrush@corrcronin.com

Attorney for Defendant Sung Hong

DEFENDANT'S LETTER TO THE COURT - 1
[CASE NO. CR-17-163-TSZ]

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2018, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF System which will send notification of such filing to those registered to receive electronic notices by email transmission at the email addresses provided.

*s/ Sharon Damon*
Sharon Damon

DEFENDANT'S LETTER TO THE COURT - 2
[CASE NO. CR-17-163-TSZ]

To honorable Judge Thomas Zilly,

Your honor as I reflect upon my life for the past 16 months
here in FDC SEATAC, no words can adequately describe
the pain and guilt I feel for my crime. The hardest
guilt to swallow is that I betrayed my friends and
family members even my own wife with my deceit. If I
may your honor, I would like to take little bit of your time
to explain myself and what led this tragedy.

In 2007~2009, I served a 33 month sentence at FDC SEATAC
for a wire fraud conviction. In there I thought of various things I
could do to reinvent myself. But truth be told, the desire to still
create an investment company and be a successful trader was
always on my mind. However, I knew it was going to be impossible
with a prior felony record. Then in the Fall of 2009, I met my
future wife Hyun Joo. We quickly fell in love and got married in
April of 2010. Eventhough she found out about my prior record,
she did not judge me and said that everyone can make a mistake
and that Jesus don't hold your past sins as long as you repent.
She was the most supportive wife that a man can ever have. Even
when certain people would distance themselves from me after
googling my name, she would just tell me that God doesn't judge
so be strong and move forward with our lives.

Towards the spring of 2011, Hyun Joo got an interview with
BLACKROCK at the Seattle office. She was very pleased when
she found out that she been hired as a supporting analyst.
Around that time we also found out that she was pregnant
with our first child Noah. When she informed her superior
at BlackRock about her pregnancy, they told her to contact
them after giving birth to our child.

During that time I asked her to help me create an investment company. I convinced her that I am a competent trader and that this company will flourish. Being an obedient wife and a supporting person in general, she decided to help me build my dream and not accept the career opening at BlackRock. She also asked her parents for the seed money to help me have more capital to trade with.

2011 turned out to be a great year for us. I made close to million dollars in five months. Looking back now, I think that convinced my wife that I am a good trader. We were also helping many missionary projects locally and internationally that year.

In 2012 and 2013, I also asked two of my friends to invest in the company. In the beginning they came in as an equity partners but later on decided to convert them as loans.

By 2015, my wife started to worry a lot about my plans and the outlook of the company. She knew that we had 7million dollars to pay off to our two friends by 2018. Also my trading was not doing too well at the same time. But what shocked her most was when I admitted to her that I lied to her about managing money for wealthy clients in Asia. I pleaded with her and told her that things will get better if the company takes off.

The following year, I met pastor Sweet in Lancaster CA. through an evangelist that we were supporting. He heard about the company that I was trying to grow and decided to invest 1million dollars with us. He was up handsomely by few months. Because of the growth in his account and the similar belief we had on the economic outlook, he

asked me if I would be interested in coming to his prophetic conference in Aug. I took the invitation. Soon after attending his conference, the company quickly attracted dozen clients and the fund was reaching 10 million dollars in management. All of the clients were enjoying an outsized gains in their accounts all the way up to the 2016 presidental elections. While trying to recoup the losses for some of my clients, by summer of 2017 I was arrested and been detained here in FDC SEATAC ever since.

Your honor, I am deeply ashamed of the suffering that I inflicted on many people. Some were very close to me and the thought of causing them this much grief pains my heart. Because of my distorted ambition, I have turned many of my friends and family into victims of my crime.

As a father of 3 little children under the age of 6, I have also turned my kids into victims. Their immediate future is very uncertain because of not only my circumstances but their mothers also. And in a lot of ways, my wife who showed nothing but love and support get involved in my crime and now has to bare the consequences of it also.

Your honor I know I deserve no "easy" time like my last sentence. But please understand that I really wanted to create a company that will benefit a lot of people. If I could have one prayer answered by God, I wish that I can one day go out into the society and do my very best to pay off the restitution. Also I want to teach my children to never lie and be honest with themselves and their peers. I would want nothing more than to make up for the lost time caused by my incarceration. And finally if she will give me the chance, I wish to save our marriage by being a better husband.

④

Finally I found out last week a devastating news that I am not the biological son to my mother and father. Furthermore, my mother revealed to me that I have 3 brothers and a sister that are all older than me. Someday when I am done serving my time, I wish to find them and perhaps build a relationship with my family.

Thank you honorable judge Zilly for taking the time to read my letter. As a 47 year old man, I plead with the court to show me mercy sho that I may have one more chance to be a better man before my life passes by completely.


Thank You your honor,