UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

SUNG HONG and HYUN JOO HONG,

    Defendants.

CR17-163 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The Government's motion to seal, docket no. 115, is GRANTED.

  (2) The Government's motion to seal, docket no. 118, is GRANTED.

  (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 11th day of October, 2018.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1